**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

John A. Cerino
CLERK

Unit 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170
www.ded.uscourts.gov

August 7, 2018

TO:  Amber Rose Long, Esq.        William D. Sanders, Esq.
     Joseph J. Mandia, Esq.       McGivney, Kluger & Cook, P.C.
     Levy Konigsberg, LLP         18 Columbia Turnpike, 3rd Floor
     800 Third Avenue, 11th Floor Florham Park, NJ 07932
     New York, NY 10022

RE:  DE Case CA 18-1195-UNA
     NJ Case CA 17-10648-RMB-KMW
     **Thomas-Fish v. Avborne Accessory Group, Inc., et al.,**

Dear Counsel:

The above referenced action was transferred to the U.S. District Court on August 7, 2018.

Pursuant to Local Rule 83.5 (Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, effective August 1, 2016) it is required that all parties associate themselves with local counsel. Local Rule 83.5 (d) and (e) read as follows:

(d)   Association with Delaware Counsel required. Unless otherwise ordered, an attorney not admitted to practice by the Supreme Court of the State of Delaware may not be admitted *pro hac vice* in this Court unless associated with an attorney who is a member of the Bar of this Court and who maintains an office in the District of Delaware for the regular transaction of business ("Delaware counsel"). Consistent with CM/ECF Procedures, Delaware counsel shall be the registered users of CM/ECF and shall be required to file all papers. Unless otherwise ordered, Delaware counsel shall attend proceedings before the Court.

(e)   Time to Obtain Delaware Counsel.  A party not appearing *pro se* shall obtain representation by a member of the Bar of this Court or have its counsel associate with a member of the Bar of this Court in accordance with D.Del. LR 83.5(d) within 30 days after:

(1)   The filing of the first paper filed on its behalf; or

(2)   The filing of a case transferred or removed to this Court.

Failure to timely obtain representation shall subject the defaulting party to appropriate sanctions under D.Del. LR 1.3(a).

Please have your local counsel enter an appearance on or before **September 6, 2018**.

            Sincerely,

            John A. Cerino
By: /s/ N. Fasano     Clerk of Court
   **Deputy Clerk**