IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELEN THOMAS-FISH, Individually and as Executrix of the Estate of ROBERT C. FISH, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 18-1195 (MN) (SRF) |
| AVBORNE ACCESSORY GROUP, INC., et al., | )<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

WHEREAS, on February 1, 2019, Magistrate Judge Fallon issued a Report and Recommendation (D.I. 66) in this action, which recommended that the Court grant Defendants' Motion to Dismiss (D.I. 50)[1]; and

WHEREAS, no party filed objections to the Report and Recommendation pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record.

THEREFORE, IT IS HEREBY ORDERED this 19th day of February 2019 that the Report and Recommendation is ADOPTED and Defendants' Motion to Dismiss (D.I. 50) is GRANTED.

---

[1] The following Defendants filed the Motion to Dismiss:
Avborne Accessory Group, Inc., Dover Corporation, Dover Engineered Systems, Inc. (sued as Dover Engineered Systems, Inc. f/k/a Dover Diversified, Inc.), Roller Bearing Company Of America, Inc. (improperly sued as RBC Bearings Incorporated f/k/a Roller Bearing Company, Inc.), Sargent Aerospace & Defense, LLC (improperly sued as RBS Sargent Airtomic), and Sargent Industries, Inc., a dissolved entity (collectively, "Defendants").

Plaintiff's claims for strict liability, negligence, and breach of express and implied warranties and the associated demand for an award of punitive damages (Count I) are DISMISSED WITHOUT PREJUDICE.

Plaintiff's claim for failure to warn and the associated demand for an award of punitive damages (Count III) are DISMISSED WITHOUT PREJUDICE.

Plaintiff's claim for civil conspiracy and the associated demand for an award of punitive damages (Count IV) are DISMISSED WITHOUT PREJUDICE.

Plaintiff's claims for loss of consortium and the associated demand for an award of punitive damages (Count V) are DISMISSED WITHOUT PREJUDICE.

Plaintiff is given leave to file an Amended Complaint within fifteen (15) days of the date of this Order to correct the deficiencies outlined in the Report and Recommendation. Failure to file an Amended Complaint will result in the dismissal of the Defendants as defined above (*see supra* n.1).

Plaintiff's claim of marketing an ultra-hazardous product and the associated demand for an award of punitive damages (Count II) are DISMISSED WITH PREJUDICE.

_____
The Honorable Maryellen Noreika
United States District Court Judge