IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELEN THOMAS-FISH, Individually and as Executrix of the Estate of Robert C. Fish, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 18-1195 (MN) (SRF) ) |
| AVBORNE ACCESSORY GROUP, et al. | ) ) |
| Defendants. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

WHEREAS, on July 19, 2019, Magistrate Judge Fallon issued a Report and Recommendation ("the Report") (D.I. 79) in this action, recommending that the Court grant with prejudice the Motion to Dismiss (D.I. 72) of Defendants Avborne Accessory Group, Inc.; Dover Corporation; Dover Engineered Systems, Inc. (sued as Dover Engineered Systems, Inc. f/k/a Dover Diversified, Inc.); Roller Bearing Company Of America, Inc. (improperly sued as RBC Bearings Incorporated f/k/a Roller Bearing Company, Inc.); Sargent Aerospace & Defense, LLC (improperly sued as RBS Sargent Airtomic); and Sargent Industries, Inc., a dissolved entity; and

WHEREAS, no party filed objections to the Report pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record.

THEREFORE, IT IS HEREBY ORDERED this 6th day of August 2019 that the Report and Recommendation is ADOPTED. Defendants' Motion to Dismiss (D.I. 72) is GRANTED. Defendants Avborne Accessory Group, Inc.; Dover Corporation; Dover Engineered Systems, Inc. (sued as Dover Engineered Systems, Inc. f/k/a Dover Diversified, Inc.); Roller Bearing Company Of America, Inc. (improperly sued as RBC Bearings Incorporated f/k/a Roller

Bearing Company, Inc.); Sargent Aerospace & Defense, LLC (improperly sued as RBS Sargent Airtomic); and Sargent Industries, Inc., a dissolved entity, are dismissed with prejudice from this action.

_____
The Honorable Maryellen Noreika
United States District Court Judge